## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Patricia A. Dodson,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | **NO. 16-5857** |
| **Coatesville Hospital Corporation d/b/a Brandywine Hospital,** | |
| **Defendant.** | |

## O R D E R

**AND NOW**, this <u>28th</u> day of June 2017, after review of ECF 7, ECF 8, and ECF 10, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint in Part (ECF 8) is **GRANTED**. Counts III and IV of are **DISMISSED WITHOUT PREJUDICE**. Count V is **DISMISSED IN PART** to the extent that it requests compensatory and punitive damages as a remedy for Plaintiff's ADA Retaliation Claim. Plaintiff may amend her complaint to cure the deficiencies identified in Counts III and IV within 20 days.

**BY THE COURT:**

<u>/s/ Michael M. Baylson</u>
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-5857 Dodson v. Coatesville Hospital\16cv5857 Order re MTD.docx