# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patricia A. Dodson, **Plaintiff,** v. Coatesville Hospital Corporation d/b/a Brandywine Hospital, **Defendant.** | CIVIL ACTION<br><br>NO. 16-5857 |

## ORDER RE: MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 21st day of August, 2018, for the reasons stated in the foregoing Memorandum, the Motion for Summary Judgement of Defendant Coatesville Hospital Corporation (ECF 41) is hereby granted, and the Complaint is dismissed, with prejudice.

The Clerk shall close the case.

                                    **BY THE COURT:**

                                    /s/ Michael M. Baylson

                                    _____
                                    **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-5857 Dodson v. Coatesville Hospital\16cv5857Order re MSJ.doc